1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JOSEPH SHERMAN,

11          Petitioner,                No. CIV S-06-2270 FCD DAD P

12      vs.

13  YOLO CO. CHIEF PROBATION
    OFFICER, et al.,

14

15          Respondents.        ORDER
    _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On October 24, 2006, the magistrate judge filed findings and recommendations

20  herein which were served on petitioner and which contained notice to petitioner that any

21  objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22  has not filed objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24  supported by the record and by the magistrate judge's analysis.

25  /////

26  /////

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The findings and recommendations filed October 24, 2006, are adopted in full;

3    and

4          2.  This action is dismissed as duplicative of case No. CIV S-06-0016 GEB DAD

5    HC.

6    DATE: November 29, 2006.

7

8                        _____

9                     FRANK C. DAMRELL, JR.
                      UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26